No. 3,259.—MARY E. O'ROURKE, EXECUTRIX; PLAINTIFF AND RESPONDENT, *v.* GRAND OPERA HOUSE CO., DEFENDANT AND APPELLANT.

*Appeal from District Court, Silver Bow County; John B. McClernan, Judge.*

Decided January 20, 1913.

PER CURIAM.—Respondent's motion to dismiss the appeal from the judgment herein is hereby granted, and said appeal is accordingly dismissed.

*Messrs. Chas. O'Donnell, Jas. E. Murray,* and *Alex. Mackel,* for Appellant.

*Messrs. L. O. Evans,* and *John E. Corette,* for Respondent.

―――――――

No. 3,291.—STATE EX REL. CHARLES WHITE, RELATOR, *v.* DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT ET AL., RESPONDENTS.

Original application for writ of prohibition.

Decided January 27, 1913.

PER CURIAM.—Relator's application for a writ of prohibition is this day by the court denied.

*Mr. H. S. Ainsworth,* and *Mr. John G. Brown,* for Relator.